**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor ( State Bar No. 332334)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (331) 307-7646
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AREC D. SIMERI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FNBO HOLDINGS, LLC d/b/a FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　　Defendant. | **Case No. 2:23-cv-04853-CAS-AFM**<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE ADR and RESET STATUS HEARING**<br><br>Date:  December 11, 2023<br><br>Time:  10:00 am<br><br>Ctrm: 8D<br><br>Judge Christina A. Synder |

## NOTICE OF MOTION
## AND MOTION TO EXTEND TIME TO COMPLETE ADR and RESET STATUS HEARING

PLEASE TAKE NOTICE that on December 11, 2023 at 10:00 a.m. or as soon thereafter, I shall appear before Judge Christina A. Synder in Courtroom 8D of the United States District Court for Central District of California located at 350 West 1st

1

Street, Los Angeles, California 90012, California and present Plaintiff's Motion Extension of Time to Complete Mediation and Reset Status Hearing. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 20, 2023.

### **MOTION FOR EXTENSION OF TIME TO COMPLETE ADR AND RESET STATUS HEARING**

NOW comes AREC D. SIMERI ("Plaintiff"), by and through the undersigned counsel, respectfully brings this Motion for Extension of Time to Complete ADR and Reset Status Hearing, and in support thereof, states as follows:

1. On September 18, 2023, this Honorable Court entered an Order in this case in which the court ordered this case to "Court Mediation Panel for mediation" and set a deadline of November 24, 2023 for both parties to completed ADR. In addition to this, the court set a Status Conference to take place on November 27, 2023 at 11:00 am in front of Judge Snyder. [Dkt. No. 18].

2. On October 9, 2023, both parties filed a "Stipulation Regarding Selection of Panel Mediator" in which both parties indicated that John F. Libby is the Panel Mediator for this matter and further indicated that mediation will be held during the week of November 13, 2023.[Dkt. No. 20].

3. Subsequent to this, there was a mediation scheduled to take place on November 15, 2023. However, Plaintiff's counsel never received the calendar invite

2

for this mediation and therefore, Plaintiff did not become aware of this until November 11, 2023.

4. As soon as Plaintiff's counsel's office realized this, they sent an email to Defendant's counsel and Mediator Libby to reschedule the mediation.

5. The mediation has now been scheduled to take place on November 28, 2023.

6. In light of this, the Plaintiff respectfully that the parties deadline to complete ADR be extended to November 30, 2023 and for the Status Hearing scheduled for November 27, 2023 to be reset to another date.

7. Plaintiff's counsel apologies to the Court about the delay caused here. However, this slight delay should not prejudice the parties in any way nor impact any other deadlines set this Court.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter Order extending Plaintiff's deadline to complete mediation by November 30, 2023, reset the Status Hearing currently set for November 27, 2023 to another date and for any other relief deemed just and appropriate.

Dated: November 20, 2023                           Respectfully submitted,

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
California Bar No. 332334
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148

                   (630) 575-8181
                   ataylor@sulaimanlaw.com
                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.

                   */s/ Alexander J. Taylor*
                   Alexander J. Taylor, Esq