**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor ( State Bar No. 332334)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (331) 307-7646
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREC SIMERI,<br><br>    Plaintiff,<br><br>    v.<br><br>FNBO HOLDINGS, LLC d/b/a FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendant. | Case No. 2:23-cv-04853-CAS-AFM<br><br>**PROPOSED ORDER ON MOTION FOR EXTENSION OF TIME TO COMPLETE ADR and RESET STATUS HEARING** |

This matter comes before the Court on Plaintiff's Motion For Extension of Time to File to Complete ADR and Reset Status Hearing.  The Court, being duly advised, hereby **ORDERS:**

   1. Parties shall have to and including November 30, 2023 to complete ADR.

   2. The Status Conference currently set to take place on November 27, 2023 shall be reset to another date.

Dated: _____

1

1
2     _____
      Judge, U.S. District Court
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28