JS-6

**SULAIMAN LAW GROUP, LTD**
Alexander J. Taylor (State Bar No. 332334)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREC D. SIMERI,<br><br>Plaintiff,<br><br>v.<br><br>FNBO HOLDINGS, LLC d/b/a FIRST NATIONAL BANK OF OMAHA,<br><br>Defendant. | Case No. 2:23-cv-04853-CAS-AFMx<br><br>**ORDER** |

    Plaintiff, AREC D. SIMERI ("Plaintiff"), by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, FNBO HOLDINGS, LLC d/b/a FIRST NATIONAL BANK OF OMAHA.

/ / /

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as FNBO HOLDINGS, LLC d/b/a FIRST NATIONAL BANK OF OMAHA.

Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: July 8, 2024

_____
HONORABLE CHRISTINA A. SNYDER
U.S. DISTRICT COURT